**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>The 30 member cases listed in Exhibit A | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

# NOTICE OF APPEARANCE

Jason J. Joy of Jason J. Joy & Associates, PLLC enters his appearance as counsel for the Plaintiffs in the 30 member cases identified in Exhibit A, attached and incorporated by reference, and requests that all notices, orders, and filings in those cases be served on him. Mr. Joy is admitted to practice and in good standing in the United States District Court for the Southern District of Texas and is therefore admitted in this litigation pursuant to the Third Amended Order Establishing Policies and Procedures (Dkt. 21756).

Dated: November 20, 2026

Respectfully submitted,

/s/ Jason J. Joy
Jason J. Joy
Texas State Bar No. 24058932
JASON J. JOY & ASSOCIATES, PLLC
909 Texas Street, Suite 1801
Houston, Texas 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717
jason@jasonjoylaw.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Jason J. Joy
Jason J. Joy